IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Estate of Henry Joseph Darger,<br><br>                                Plaintiff,<br><br>               v.<br><br>Kiyoko Lerner, individually, and as executor of The Estate of Nathan Lerner, and as trustee of any trust established by Nathan Lerner, and The Nathan and Kiyoko Lerner Foundation,<br><br>                               Defendants. | Civil Action No.: 1:22-cv-03911<br><br>Honorable Thomas M. Durkin<br>Honorable Sheila M. Finnegan |

## **AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

Plaintiff, ("The Estate"), by its undersigned counsel and with agreement of Defendant Kiyoko Lerner ("Lerner") (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 26(c), hereby move the Court for entry of an agreed protective order and states as follows:

1. The Parties have conferred and agree to the entry of the Agreed Confidentiality Order, separately submitted to the Court's proposed order inbox in word format. The Agreed Confidentiality Order adopts this District's Model Confidentiality Order subject to the revisions shown as redlines, submitted separately to the Court's proposed order inbox.

2. The Parties agree that the Agreed Confidentiality Order is appropriate to facilitate prompt and orderly discovery in this matter.

3. The Parties agree that good cause exists for the issuance of a confidentiality order to protect the parties from harm associated with disclosure of their confidential and sensitive information.

WHEREFORE, for the reasons set forth above, the Parties request that the Court enter a confidentiality order in substantially the same form as the proposed Agreed Protective Order sent to the Court's proposed order inbox.

Dated: July 07, 2023

Respectfully submitted,

ESTATE OF HENRY JOSEPH DARGER,

By: /s/Marcus S. Harris

Marcus Stephen Harris
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, 26th Floor
Chicago, Illinois 60601
Phone: (312) 840-4320
Fax: (312) 966-8599

mharris@taftlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused the foregoing to be electronically filed with the Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ Marcus Stephen Harris