IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Estate of Henry Joseph Darger,<br><br>Plaintiff,<br><br>v.<br><br>Kiyoko Lerner, individually, and as executor of The Estate of Nathan Lerner, and as trustee of any trust established by Nathan Lerner, and The Nathan and Kiyoko Lerner Foundation,<br><br>Defendants. | Civil Action No.: 1:22-cv-03911<br><br>Honorable Thomas M. Durkin<br>Honorable Sheila M. Finnegan |

**AGREED MOTION FOR ENTRY OF ESI PROTOCOL**

Plaintiff, ("The Estate"), by its undersigned counsel and with agreement of Defendant Kiyoko Lerner ("Lerner") (collectively, the "Parties"), hereby move the Court for entry of an agreed protective order and states as follows:

1. The Parties have conferred and agree to the entry of the ESI Protocol separately submitted to the Court's proposed order inbox in word format.

2. The Parties agree that the ESI Protocol is appropriate to facilitate prompt and orderly discovery in this matter.

WHEREFORE, for the reasons set forth above, the Parties request that the Court enter a ESI Protocol in substantially the same form as the proposed ESI Protocol sent to the Court's proposed order inbox.

Dated: August 2, 2023                              Respectfully submitted,

                                                                          ESTATE OF HENRY JOSEPH DARGER,

By: /s/Marcus S. Harris

Marcus Stephen Harris
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, 26th Floor
Chicago, Illinois 60601
Phone: (312) 840-4320
Fax: (312) 966-8599

mharris@taftlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused the foregoing to be electronically filed with the Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ Marcus Stephen Harris