UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Estate of Henry Joseph Darger
        Plaintiff,
v.
        Case No.: 1:22−cv−03911
        Honorable Thomas M. Durkin

The Nathan and Kiyoko Lerner Foundation, et al.
        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 3, 2023:

    MINUTE entry before the Honorable Sheila M. Finnegan: Agreed Motion for Entry of ESI Protocol [43] is granted. See Stipulated Joint Protocol Governing Discovery of Documents and Electronically Stored Information for details. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.