UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Estate of Henry Joseph Darger

Plaintiff,

v.

Case No.: 1:22–cv–03911
Honorable Thomas M. Durkin

The Nathan and Kiyoko Lerner Foundation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

MINUTE entry before the Honorable Sheila M. Finnegan. Magistrate judge motion hearing held on 1/31/2024 as to Plaintiff's motion to compel Kiyoko Lerner to respond to discovery requests [64]. For the reasons and on the terms stated during the hearing, the motion is granted as to the interrogatories (except Plaintiff is to narrow ROG 4), and denied as to the requests for production (since Lerner recently produced materials that are under review). The discovery deadline is extended to 5/31/2024; however, other than narrow follow–up discovery, no new written discovery may be issued except by agreement or with leave of court. Hearing on Defendant's motion to adjudicate objections to interrogatories [65], motion to adjudicate objections to requests to admit [66], and motion to adjudicate objections to requests for production [67] is set for 2/21/2024 at 11:00 a.m. in courtroom 2214. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.