# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Estate of Henry Joseph Darger

                        Plaintiff,

v.                                                              Case No.: 1:22−cv−03911

                                                                    Honorable Thomas M. Durkin

The Nathan and Kiyoko Lerner Foundation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2024:

       MINUTE entry before the Honorable Sheila M. Finnegan: Motion hearing held (in person) on 2/21/2024 as to Defendant's 3 motions: motion to adjudicate objections to interrogatories [65], motion to adjudicate objections to requests to admit [66], and motion to adjudicate objections to requests for production [67]. Each motion was granted since it asked the Court to adjudicate the objections and the Court did so during the hearing, providing rulings on the objections and supporting reasons. The parties are to file a joint status report by 2/26/2024 on the topics discussed during the hearing. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.