# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Estate of Henry Joseph Darger

                                Plaintiff,

v.                                                                  Case No.: 1:22–cv–03911

                                                                  Honorable Thomas M. Durkin

The Nathan and Kiyoko Lerner Foundation, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan. Defendant's motion for additional discovery [74] is taken under advisement. The motion does not say whether Defendant sought Plaintiff's agreement to issue the additional discovery (the Court's 1/31/2024 order allows follow–up discovery by agreement or with leave of court). Nor does it state whether Plaintiff is opposed to the motion. The Court notes that the same discovery was described in the joint status report [74] and the JSR was also silent as to whether the parties had discussed the additional discovery and what Plaintiff's position is. In the future, the parties must provide this information so the Court is not left guessing. If Plaintiff opposes the motion and wishes to file a response to the motion, the response is due by 3/22/2024. If the Court requires a reply (unlikely), it will be due by 3/29/2024. Motion and status hearing is set for 4/4/2024 at 10:30 a.m. by video. The parties are to appear at the video hearing by accessing the following hyper link: https://us–courts.webex.com/join/sheila_finneganil nd.uscourts.gov. Parties that do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: the number is 1–650–479–3207; Access: 180 965 8027. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.