# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ESTATE OF HENRY JOSEPH DARGER,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KIYOKO LERNER, individually and as Executor of the Estate of Nathan Lerner, and as trustee of any trust established by Nathan Lerner, and The Nathan and Kiyoko Lerner Foundation.<br><br>　　　　　　Defendants. | Civil Action No.: 1:22-cv-03911<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Sheila M. Finnegan |

## MOTION TO WITHDRAW THE APPEARANCE OF ATTORNEY GABRIELLE GANZE AS COUNSEL FOR PLAINTIFF

Plaintiff the Estate of Henry Joseph Darger ("Plaintiff") seeks to withdraw the appearance of attorney Gabrielle Ganze. In support of this motion, Plaintiff states:

1. Plaintiff is currently represented by attorneys of the law firm of Taft Stettinius & Hollister LLP ("Taft") in this matter. Attorney Gabrielle Ganze is transitioning to a new law firm and will no longer be required to assist in the representation of Plaintiff.

2. Taft attorneys will continue to represent Plaintiff in this matter.

WHEREFORE, Plaintiff respectfully requests that this Court grant its motion to withdraw the appearance of Attorney Gabrielle Ganze, and for such other and further relief as the Court deems just.

Dated: March 20, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**ESTATE OF HENRY JOSEPH DARGER**

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Gabrielle Ganze*
　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Marcus S. Harris (ARDC #6269909)
MHarris@taftlaw.com
Derrick M. Thompson, Jr. (ARDC #6287536)
DThompson@taftlaw.com
Elizabeth A. Winkowski (ARDC #6316704)
EWinkowski@taftlaw.com
Gabrielle Ganze (ARDC # 6336442)
GGanze@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601