IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF HENRY JOSEPH DARGER,<br><br>Plaintiff,<br><br>v.<br><br>KIYOKO LERNER, individually and as Executor of the Estate of Nathan Lerner, and as trustee of any trust established by Nathan Lerner, and The Nathan and Kiyoko Lerner Foundation.<br><br>Defendants. | 22 CV 3911<br><br><br><br>HON. THOMAS M. DURKIN<br>HON. SHEILA M. FINNEGAN |

**MOTION TO WITHDRAW**
**MOTION TO EXTEND TIME TO FILE RESPONSES**

The defendant Kiyoko Lerner, individually, asks the court to grant him leave to withdraw his Motion To Extend Time To File Responses, Dkt. 91.

At this later hour in the afternoon, Ms. Lerner's counsel would be unable to do what the motion requests, serve documents from the second accountant by tomorrow. Counsel had been hopeful for an earlier ruling. The time today been used for the existing matter, preparing the revised discovery responses for service tomorrow. The second-accountant's documents are too extensive. Two full days might have been enough. One is not.

WHEREFORE, defendant Kiyoko Lerner, individually, asks the court to order:

1. Ms. Lerner is granted leave to withdraw her Motion To Extend Time To File Responses.

    KIYOKO LERNER

David W. Hepplewhite
David W. Hepplewhite, P.C.      By:    /s/ David W. Hepplewhite
70 West Madison Street, Suite 5650      Her Attorney
Chicago, Illinois 60602-5046, 312-782-7500, dwhpc@hepplewhitelaw.com

**CERTIFICATE OF SERVICE**

    I, David W. Hepplewhite, certify that this Motion For Leave To Withdraw Motion To Withdraw Motion To Extend Time To File Responses was filed with the court's CM/ECF system on June 26, 2024

                                            /s/ David W. Hepplewhite
                                            Attorney For Plaintiffs