IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF HENRY JOSEPH DARGER,<br><br>Plaintiff,<br><br>v.<br><br>KIYOKO LERNER, individually and as Executor of the Estate of Nathan Lerner, and as trustee of any trust established by Nathan Lerner, and The Nathan and Kiyoko Lerner Foundation,<br><br>Defendants. | 1:22-cv-03911<br><br>HON. THOMAS M. DURKIN<br>HON. SHEILA M. FINNEGAN |

## **JOINT STATUS REPORT**

Plaintiff, ("The Estate"), and Defendant, Kiyoko Lerner, individually ("Lerner"), state the following as their Joint Status Report requested by the July 16, 2024 order, Dkt. 96.

**General Status.**

HeirSearch. The Estate has inquired whether HeirSearch and Ms. Collins will voluntarily produce documents and testify at a deposition. Absent a properly served subpoena by Ms. Lerner's counsel, neither HeirSearch or Ms. Collins feels that they have an obligation to testify or produce documents.

Lerner's Accounting Documents. On July 23, 2024, Lerner's Counsel produced documents from Lerner's "second accountant."

**Estate Discovery.**

The deposition of Ms. Lerner will proceed on August, 14, 2024 and if will continue as necessary on August 16, 2024.

The Estate does not intend to depose Ms. Fuchs.

The Estate does not intend to depose Jessica Yu.

The Estate continue to resolve and work the American Folk Art Museum regarding objections to 30(b)(6) topics and believes that a compromise is close. Once open isssues are resolved, the Estate will schedule the deposition.

The Estate is working with Intuit regarding issues with 30(b)(6) topics and the scheduling of a deposition.

**Lerner Discovery.**

The Sun-Times production in response to the subpoena has been served to the Estate.

The Estate's objections to Lerner's interrogatories are resolved. The Estate is providing responses with references to specific documents.

The author of the heirship report will not comply with the subpoena, citing Canadian citizenship. Ms. Lerner's counsel has asked the Estate's counsel to determine if she will appear and produce materials privately.

The successor to the former accounting firm is not at the location listed on its website so service of the subpoena could not be effected. Identification of the current location and service are in progress.

Ms. Lerner awaits information about some matters regarding depositions: (1) the Estate representative's availability; (2) information about and the status of the deposition of the wife of David Berglund; and (3) as discussed above, the author of the heirship report.

Dated: August 13, 2024

| | ESTATE OF HENRY JOSEPH DARGER | | KIYOKO LERNER, individually |
|---|---|---|---|
| By: | /s/ Marcus S. Harris | By: | /s/ David W. Hepplewhite |
| | Its Attorney | | Her Attorney |

| | |
|---|---|
| Marcus S. Harris | David W. Hepplewhite |
| TAFT STETTINIUS & HOLLISTER LLP | David W. Hepplewhite, P.C. |
| 111 East Wacker, Suite 2600 | 70 West Madison Street, Suite 5650 |
| Chicago, IL 60601 | Chicago, Illinois 60602-5046 |
| T: (312) 527-4000 | 312-782-7500 |
| F: (312) 527-4011 | dwhpc@hepplewhitelaw.com |
| mharris@taftlaw.com | |