## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Estate of Henry Joseph Darger

                                          Plaintiff,

v.                                                                        Case No.: 1:22−cv−03911

                                                                              Honorable Thomas M. Durkin

The Nathan and Kiyoko Lerner Foundation, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2024:

       MINUTE entry before the Honorable Sheila M. Finnegan. Defendant Lerner's unopposed motion for leave to depose Betsy Fuchs [107] is granted but the deposition must be completed no later than 10/31/2024 (the extended discovery deadline), so Lerner should promptly confirm a date for the deposition and serve a subpoena on non−party Fuchs. The motion hearing date set on 9/12/2024 is cancelled. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.