**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Estate of Henry Joseph Darger
                                    Plaintiff,

v.
                                    Case No.: 1:22−cv−03911

Honorable Thomas M. Durkin

The Nathan and Kiyoko Lerner Foundation, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2024:

       MINUTE entry before the Honorable Sheila M. Finnegan. Plaintiff's Agreed Motion to Extend Discovery Cutoff for Limited Puropses [120] is granted. The parties are given until 2/28/2025 for the limited purpose of: (a) completion of the Intuit deposition, (b) inspection of the American Folk Art Museum archives, (c) completion of the deposition of the American Folk Art representative, (d) completion of Defendant's financial information, (e) complete production of documents to the Defendant, and (f) completion of the Plaintiff's deposition should Defendant's counsel believe further inquiry is necessary after review of the documents. The Court notes that with this extension (and multiple prior ones), the parties will have had close to two years to complete fact discovery. They are to file a joint status report on 3/5/2025, confirming that fact discovery is complete and stating whether they wish to participate in a settlement conference or file dispositive motions (if permitted by the district judge) prior to proceeding with expert discovery. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.