UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Estate of Henry Joseph Darger
                                    Plaintiff,
v.                                                      Case No.: 1:22−cv−03911
                                                        Honorable Thomas M. Durkin

The Nathan and Kiyoko Lerner Foundation, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

 MINUTE entry before the Honorable Laura K. McNally. The Court has reviewed the Joint Motion to Reschedule Discovery [124]. The motion is denied except with respect to outstanding written discovery owed by Plaintiff to the Defendant. Those materials shall be produced no later than 3/18/25. For all other discovery, the fact discovery window closes on 2/28/25, which is more than 19 months past the original close of fact discovery. The Court understands that one of Plaintiff's counsel has recently undergone surgery and has other work obligations, but there are three other attorneys with appearances on file, and these materials are long overdue. The Court also recognizes that the parties have been generous with each other and with third parties when it comes to deadlines. The consequences of this generosity, however, is that discovery may close before the parties have all of the materials they would have obtained if they had been more assertive. The parties are free to continue voluntarily working to collect factual evidence after the close of fact discovery, but they do so by their agreement only, and the Court will not consider motions to compel/quash relating to such untimely factfinding, nor will it delay any other deadlines on the basis of this ongoing, consensual factfinding. The Court sets the following dates for expert discovery. These dates will not be extended. Affirmative expert disclosures 4/17/25. Rebuttal expert disclosures due 5/22/25. Expert depositions shall be completed by 6/26/25. Joint status report due 3/5/25 is extended for filing by 3/21/25. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.