*DRAFT*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF HENRY JOSEPH DARGER, | |
| Plaintiff, | |
| v. | 22 CV 3911 |
| KIYOKO LERNER, individually and as Executor of the Estate of Nathan Lerner, and as trustee of any trust established by Nathan Lerner, and The Nathan and Kiyoko Lerner Foundation, | HON. THOMAS M. DURKIN<br>HON. LAURA K. MCNALLY |
| Defendants. | |

**MOTION FOR SUMMARY JUDGMENT**

The defendant Kiyoko Lerner, individually, states the following in support of her request for summary judgment in her favor on all counts and on the allegations of intentional-misconduct pursuant to Federal Rule of Civil Procedure 56:

Ms. Lerner moves for summary judgment on all counts based on: (1) filing the actions beyond the statute of limitations for each action and/or laches; and (2) the uncontradicted evidence documenting: (a) Henry Darger's gift of his art and all his interests in his art; (b) Mr. Darger's abandonment of his art and all his interests in his art; and (c) the inability to prove who are the relatives of Mr. Darger.

Ms. Lerner also moves for summary-judgment on all allegations of intentional misconduct based on the uncondradicted evidence of the lack of evidence of intentional misconduct.

WHEREFORE, defendant Kiyoko Lerner, individually, asks the court to order:

1. Judgment is entered against the Estate of Henry Joseph Darger and in favor of all

defendants on all Counts and claims within the Complaint, Dkt. 1.

    2.    All allegations of intentional misconduct within the Complaint, Dkt. 1, are dismissed with prejudice.

    3.    The case is dismissed with prejudice.

    4.    Any-further order the court deems just.

    KIYOKO LERNER, individually

By:    /s/ David W. Hepplewhite
    Her Attorney

David W. Hepplewhite, David W. Hepplewhite, P.C.
70 West Madison Street, Suite 5650, Chicago, Illinois 60602-5046
312-782-7500, dwhpc@hepplewhitelaw.com

## **CERTIFICATE OF SERVICE**

I, David W. Hepplewhite, certify that this Motion For Summary Judgment was filed with the court's CM/ECF system on August 3, 2025.

/s/ David W. Hepplewhite
Attorney For Plaintiffs
